

FILED by _LA_ D.C.

SEP 0 7 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA

Elizabeth Delgado and
Jorge Luiz Vazquez
Jacob-Franz:Dyck, Trustee of
Perfidia Trust

# 10-23211 CV-King/Bandstra

V

Bank of America National  Association
Wells Fargo Servicing Center
Valerie Manno Schurr, Judge,
Florida Default Law Group LP
Tomas Kucera, Esq.
River Walk Properties, LLC
Atakan Camadan, Realtor
Beachfront Realty, Inc.

Yadira Borges, Deputy Clerk of 11th District  Court
MIAMI-DADE POLICE, court services

---

### Quo Warranto Against State Official

---

Identifying Parties

Relators:  Elizabeth Delgado and Jorge Luis Vazquez  owners and managers of Trust (a property in Miami-Dade County, Florida).

Jacob-Franza:Dyck, Trustee of  Perfidia Trust ( a property in Miami-Dade County,  Florida).

Respondent:  Bank of America National  Association, Lender, Wells Fargo Servicing,  Valerie Manno Schurr, Judge for the 11th District Court, Florida Default Law Group LP, attorneys for the Lender, and Tomas Kucera, attorney, River Walk Properties LLC and Atakan Camadan, Realtor, Beachfront Realty, Inc., Yadira Borges, Deputy Clerk 11th District Court, Miami Dade Police, court services.

1

Jurisdiction

Comes the Relators, Banks of America National Association (Lender), Well Fargo Servicing Center, and  Valerie Manno Schurr, Judge for the 11th District Court, Florida Default Law Group Lp, (attorneys for the Lender) and Tomas Kucera,(Attorney)  River Walk Properties LLC, Atakan Camadan, Beachfront Realty, Inc. , Yadira Borges, Deputy Clerk 11th Court, Miami Dade Police, Court Services,  and Jacob-Franz:Dyck, all natural born free adults, to this honorable court sitting in Article III, Sec. 2.1 capacity under Federal Rules of Civil Procedures, Rules 9 (b) (c) (d) (e) (f) (g) and Rule 60 (b) for the discovery of the law and facts and upon the discovery of scheme to defraud the Relators.

Relators state that when a judge breaks the law through conspiracy, collusion, tort, Forceful contract or perjury of oath, or surrender of the Constitution by Foreign State/Power in Constructive treason, by willfull denial of rights afforded Relators by both Constitution  State and  Federal, will lose  jurisdiction over the case before the court making all judgments void:  Title 28 U.S.C. Sec. #454, and $455; now become a Respondent and incorporated into the case for conspiracy by Neglecting on October 17, 2005 to yield to Patsy Lee Martens, demand for Trial by Jury and discovery Relating to the Promissory Note or accounting of monies paid and fraudulent Deed of Trust. (See Exhibit 3. On December 29, 2005 Respondent rule without Trial by Jury awarding Relators Discovery And without record on file relating to the October 17, 2005 hearing.

1.    Relators respectfully informs the Court that the relators are sovereign Citizens of the
       Florida Republic, that relator prosecutes this cause for andon behalf of the state of Florida:
      that the respondent Bank of America National Association, (lender)

2

Well Fargo Servicing Center, Florida Default Law Group, LP (attorneys for Lender) Valerie Manno Schurr (Judge for 11th District Court), Tomas Kucera, Esq. (attorney), River Walk Properties and Atakan Camadan, Beachfront Realty Inc., Yadira Borges, Deputy Clerk of the 11th Court, Miami-Dade Police, court services, they are Judicial corporation duly organized and existing under the laws of the State of Florida; that at all times herein mentioned the respondent has done business and exercised its corporate franchise within the State of Florida in accordance with its incorporation under the laws of Florida.

2    Respondent, Bank of America National Association, (lender), Well Fargo Servicing Center, Florida Default Law Gropu, LP,(Attorneys for Lender) Valerie Manno Schurr(Judge for 11th District Court), Tomas Kucera, Esq., RiverWalk Properties LLC, Atakan Camadan, Beachfront Realty Inc., Yadira Borges, Deputy Clerk, Miami Dade Police, has in the conduct of his business acted in violation of his oath, to uphold the Constitution of Florida Republic and Constitution of the United States of America by the following violations:

a.   Article 9 (Bill of Rights). Right of trial by jury-That the right of trial by jury as heretofore enjoyed shall remain inviolate:

1.   United States of America Constitution Amendment VII-In suits at common-law where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rule of common law.

2.   Bill of Rights, Article Ix-In suits at common law where the value in controversy shall exceed

3

twenty dollars, the right of trial by Jury shall be preserved; and no fact tried by a jury shall be preserved, and not fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of common law.

3.    Discovery-When discovery was demanded as to the existence of a Promissory Note the judge refused discovery and accounting by a competent person of the Bank. This is to say that the accuser is correct and proof of its correctness is incontrovertible. Thereby guilty until proven innocent.

Under Federal Rules of Civil Procedures Rules 9 (B) that fraud vitiated against contract or action Ab initio. The jurisdiction of this court is invoked under Title 28 United States Code Section 1331 and 1322, this being and action arising under the Constitution of the United States and the State of Florida, Bill Rights, Law of the United States and Foreign of the United States. Deprivation under Color Of the Laws, Statutes, ordinance, regulation, custom, and usage of right, privilege, and immunity Secured to Relators by the 1st, 4th, 5th, 6th, 7th 8th and Article of the Bill of Rights.

Relators pleadings set the jurisdiction of this cause in the jurisdiction of the American flag, Title 4 U.S.C. Sec 1, of the United States of America. When Relators captured Miami-Dade County, State of Florida, now is within the jurisdiction of a Federal Court, as all courts are United States Federal Courts because of the United States Federal Oath or affirmation and the Title 4 U.S.C. Sec. American flag.

4

A foreclosure is to challenge the lender's right to foreclose by challenging the lender to prove that he is the "holder in due course" or owner of the promissory note. If the lender can't produce the original note & most lenders cannot since the note was sent to the Federal Reserve and was stamped "paid in full, without recourse;" or they could have sold the note and assigned it to another lender, then the Court have held that the foreclosing lender cannot foreclose.

Mason v. Rubin, 727 So.2d 283, 37 UCC Rep.Sev.2d 1087 (Fla. App.Dist.4 02/10/1999) Establishing a lost negotiable instrument is governed by a different statute, section 673.30901, Florida States (1993). The latter statute contains more stringent requirements than the former, and the trial court correctly concluded that the husband did not satisfy section 673.3091.

FIGUEREDO V. BANK ESPIRITO SANTO No. 88-1808. Jan. 31,1989, Florida Third District. The plaintiff failed to produce for admission into evidence the original copy of a negotiable promissory instrument as is expressly required by section 90.953(1), Florida Statutes (1987). For this reason, the final judgment of foreclosure is vacated with directions for the trial court to receive the original promissory note in evidence. SMS Financial LLc. V. Abco Homes,Inc. No.98-50117 February 18, 1999(167 F.235;5[th]Circuit Court of Appeals.) Where the complaining party cannot prove the existence of the note, then there is no note. To recover on a promissory note, the plaintiff must prove: (1) the existence of the note in question; (2) that the

party sued signed the note; (3) that the plaintiff is the owner of holder of the note; and (4) that a certain balance is due and owing on the note. Since no one is able to produce the "instrument" there is no competent evidence before the Court that any party is the holder of the alleged note or the true holder in due course. New Jersey common law dictates that the plaintiff prove the existence of the alleged note in question, prove that the party sued signed the prove that certain balance is due and owing on any alleged note. Federal Circuit Courts have ruled that the only way to prove the perfection of any security is by actual possession of the security. See matter of Staff Mortg. & Inv. Corp., 550 F.2d 1228 (9th Cir 1977), "Under the Uniform Commercial Code, the only notice sufficient to inform all interested parties that a security interest in instruments has been perfected is actual possession by the secured party, his agent or bailee." Bankruptcy Courts have followed the Uniform Commercial Code. In Re Investors & Lendors. Ltd. 165 B.R. 289 (Bkrtcy.D.N.J.1994), unequivocally the Court's rule is that in order to prove the "instrument", possession is mandatory. In addition to the note, another element of proof is necessary-an accounting that is signed and dated by the person responsible for the account. Claim of damages, to be admissible as evidence, must incorporate records such as a general ledger and accounting of an alleged unpaid promissory note, the person responsible for preparing and maintaining the account general ledger must provide a complete accounting which must be sworn to and dated by the person who maintained the ledger See Pacific Concrete F.C.U.V. Kauanoe, 62 Haw.334, 614 P.2d 936 (1980), GE Capital Hawaii, Inc. v. Yonenaka 25 P.3d 807, 96 Hawaii 32, (Hawaii App 2001), Fooks v. Norwich Housing Authority 28 Conn. L. Rptr. 371, (Conn. Super.2000) and Town of Brookfield v. Candlewood Shores Estates, Inc. 513 A.2d 1218, 201 Conn.1 (1986). See Sections 90.953, West's Fla. Stat. Annot. (1979) (Sponsor's Note); C. Ehrhardt, Florida

Evidence Sections 953.1, at 605 & n.5; Lowery v. State, 402 So. 2d 1287, 1288-89 (Fla. 5th DCA 1981).

90.953(1), Florida Statutes, is misplaced. The purpose of that subsection is to require production of the original where there is an action on a negotiable instrument. In such instances, the original instrument must be brought forward both to demonstrate the right to payment and to preclude the possibility that the instrument has already been negotiated.

In Mason v. Rubin, 727 So. 2d 283 (Fla. 4th DCA 1999), the appellant brought a foreclosure action on a second mortgage, the trial court denied the foreclosure, and this court affirmed on the basis that the appellant had failed to establish the lost note under section 673.3091. Likewise, here, where State Street failed to comply with section 673.3091, the trial court correctly entered summary judgment denying its foreclosure claim. *fn1

In contrast, here, the undisputed evidence was the EMC, the assignor, never had possession of the notes and, thus, could not enforce the note under section 673.3091 governing lost notes. Because EMC could not enforce the lost note under section 673.3091, it had no power of enforcement which it could assign to State Street. RAYMOND E. SHORES AND MARCENE G. SHORES V. FIRST FLORIDA RESOURCE CORPORATION (10/11/72) Appellants are entitled to assurance that they will not later be sued by a holder of these instruments.... If there are parties having any claim to these instruments they should be brought into the action and the matter determined. The instruments should then be reestablished, recorded and an appropriate judgment entered.

7

A bank, when operating as a Federal Home Loan Bank, Farm Credit Bank, or otherwise has no independent right to foreclose against mortgages, credit card debt, or anything else. In all cases where a financial institution is a Federal Reserve Member, insured by the Federal Deposit Insurance Corporation, or another Federal account insurance fund, etc., the principal of interest is the United States – all "credit" is "hypothecated" on credit of the United States. In order for there to be litigation to collect a debt, (1) the Director of the General Accounting Office must make a liability determination, and (2) the Attorney General must initiate, authorize and/or contract civil prosecution. The action must be prosecuted in a lawful court of the United States. State courts do not have subject matter jurisdiction over Federal debt collection actions.

There are a few essentials relating to banking and credit that must be understood in order to come to terms with how to successfully discharge bank-originated debt, and why you probably weren't eligible to borrow from a financial institution operating under Federal charter to begin with. The first matter is the nature of "credit" extended by Federally chartered and/or Federal Reserve or FDIC-member financial institutions. It is important to grasp what "credit" is, as defined at 15 U.S.C. Section 1602(e): "Credit" is a grant of authority to defer payment of debt, or create debt then defer payment.

Debt is never paid. The fraudulent system depends on a constant creation and exchange of "credit". Virtually all "credit" is based on an obligation of the United States. In one way or another, we pass "credit" hand-to-hand rather than receiving lawful payment for goods and services, particularly our labor. It should be obvious where the colorable grant of authority to defer payment of debt or create debt then defer payment originates.

For purposes of the Consumer Protection Act, the "creditor" is defined as the financial institution which provides credit, and the merchant who provides goods and/or services. However, that definition is limited to the Consumer Protection Act itself – it does not have general application. Where there is a "credit" transaction under auspices of Federal grant of authority, the financial institution is in all cases operating as a "fiscal agent" of the United States (31 U.S.C. Sections 202 & 203), and in most if not all cases as a "mixed-ownership" (hybrid) United States corporation (31 U.S.C. Section 9101). The United States is always principal of interest – the "debt" is ultimately an obligation to the United States and the United States has the only right of action to recover it. The financial institution that originates the "credit" merely services the debt; it is not the principal of interest.

The financial institution, whether a national bank, credit union, or whatever, is organized as an "association" to provide basic financial services for qualified association members. These entities deal exclusively in "public money", public money is hypothecated "credit of the United States". Therefore, only people who are authorized by law to receive and use "public money" are qualified to be association members. Those authorized by law to receive and use "public money" are officers and employees of the United States, territories and insular possessions subject to sovereignty of the United States, and Indian tribes recognized by United States Government. See limiting provision at 31 CFR Section 202(a), and FDIC insurance solely of "public money" accounts at 12 U.S.C. Section 1821(a)(2)(A).

This is where the Social Security number comes in - the Social Security number creates a presumption that whoever applies for credit is one of those entitled to custody and use of public money. Under Federal law, the Social Security System is exclusively territorial, and Federal employees may participate. Federal territory now includes the District of Columbia and insular possessions such as Puerto Rico. (See definitions of "State", "United States", and "citizen" at 26 U.S.C. Sections 3121(e) and attending regulations). However, that in and of itself isn't sufficient to sustain most foreclosures, etc., as the financial institution has no right of action to foreclose consumer or other "credit" obligations.

A national banking association may sue and be sued in states courts, but only so far as basic organizational matters are concerned. Under organization charters, these institutions may provide only basic services such as checking accounts for qualified association members. They may own property necessary to conduct business. To go beyond that, they must apply to become, and be licensed as Federal Tax & Loan Depositaries, and Treasury Depositaries (31 CFR Sections 202 & 203). Only then can they apply to become Federal Home Loan Banks, Farm Credit Banks, etc. When they function in these capacities, they operate in Federal agency capacity, and the United States is at all times principal of interest.

They are subject to all Federal statutory and regulatory mandates and prohibitions, including mandates for Privacy Act and Paperwork Reduction Act disclosure.
If and when there is a "credit" default, there must be administrative collection process in accordance with HUD and other applicable regulations. The Secretary of HUD is responsible for appointing an agent in any given district, and where defaults are concerned; he has responsibility for pursuing administrative remedies. Ultimately, however, there must be a determination of liability by the Direct of the General Accounting Office (31 U.S.C. Sections 3526 & 3701; 5 U.S.C. Section 5512) when and if the obligation is contested before any "debt" can be foreclosed.

The Attorney General, in his capacity as Solicitor of the Treasure, must then initiate litigation for debt recovery. The Attorney General may do this directly, authorize the United States Attorney for the district to foreclose or contract private attorneys. Process for Federal debt collection must be initiated in a court of the United States as defined at 28 U.S.C. Section 1610. Procedure is prescribed in Chapter 176 of Title 28 (28 U.S.C. Sections 3001 et seq.).

Where financial institutions have initiated foreclosures and the like in state courts, the case should be vacated and dismissed with prejudice for lack of subject matter jurisdiction. Subject matter jurisdiction can be raised at any time – there is no statute of limitations.

# TRUSTS AS BUSINESS ENTITIES

Article 1, Section 10 of the US Constitution states in part "No state shall pass....any Law impairing the Obligation of Contracts." Since this Trust Indenture is a contract between the Creator, Trustees, and Beneficiaries, the indenture CONTROLS and no one has the legal authority to violate its legal provisions. No one can change the Trust indenture except those empowered by the indenture.

Baker vs. Stern. ALR 462, the Court said "It is established by legal precedence that Pure Trusts are lawful, valid business organizations."

Burnett vs. Smith. SW 1007 (1922), the Court ruled "Trust or trust estate is a legal entity for almost all purposes as are Common Law Trusts."

Smith vs. Morse. 2 CA 524, A Pure Trust is established by contract, and any law or procedure restricting its operation, denying or obstructing contract rights impairs contractual obligation and is, therefore violative of the United States Constitution.

Crocker vs. Malley, 249 US SUP 39 at 270, A Pure Trust organization, consist of a US constitutional right to contract which cannot be abridged. The agreement when executed becomes a federal organization and not under laws passed by any of the several legislatures.

Elliot vs. Freeman. 220 US 178, A Pure Trust is not subject to legislative control. The United States Supreme Court holds that the Trust relationship comes under the realm of equity, based upon the common law, and is not subject to legislative restrictions as are corporations and other organizations created by legislative authority.

Schumann-Heink vs. Folsnm. 159 NE 250, If it is free from control by Certificate holders, then it is a Pure Trust.

Berry vs. McCourt. 204 NE 2d 235 (1965), A Pure Trust is a contractual relationship in Trust form.

Trenton Cotton Company vs. Commissioner. 147 F 2d 33 (1945), "Exchange is the giving of one thing for another in kind and excluding money as a basis of measure."

Goodhue vs. State St. Trust Co., 267 Mass 28, "Certificates are not chattels, but are evidences of intangible rights."

## TRUSTS AS LEGAL ENTITIES

Weeks vs. Sibley. D.C. 269 F 135, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Philips vs. Blatchford. 137 Mass 510, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Edwards vs. Commissioner. 415 F 2d 578, 582, 10th Cir. (1969), "Dignity of contract cannot be set aside because a tax benefit results either by design or accident."

Phillips vs. Blatchford. 137 Mass 510 (1884), as stated by Mr. Justice Holmes, "An associations does not become illegal simply because another very like it is taxed."

## Your Right to Private Contract!

Hale v. Henkel. 201 U.S. 43 at 89 (1906)

Hale v. Henkel was decided in 1906 by the United States Supreme Court. Since it was the Supreme Court, the case is binding on all courts of the land, until another Supreme Court case says it isn't. Has another Supreme Court case ever overturned Hale v. Henkel?

As a matter of fact, since 1906, Hale v. Henkel has been cited by all of the federal and state appellate court systems over 16 hundred times! Remember that in nearly every instance when a case is cited, it has an impact on the presidential authority of the cited case. The more times a

case is held up as "the law," the more it becomes cast in granite. How does that compare with other previously decided Supre Court cases? Initial observations have shown that no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. And, none of the various issues of this case have ever been overruled. On the persuasive side in Hale v. Henkel it was the United States Supreme Court which was speaking the "Law of the Land." How much more persuasive can a case be? The opinion of the court stated:

"The individual may stand upon his constitutional right as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property."

"His rights are such as existed by the Law of the Land (Common Law) long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution."

"He owes nothing to the public so long as he does not trespass upon their rights."

Hale v. Henkel is based on Article 1 Sec. 10 of the Constitution for the United States of America (several separate 50 states) established in 1789 long before the Federal Corporate U.S. was established in 1871! Here is part of that Article: (highlighted and underlined for clarity) (definition of State means: The political system of a body of people who are politically organized; the system of rules by which jurisdiction and authority are exercised over such a body of people.) (In America this is the Federal Corporate govt. (D.C.) and at the 50 States level)

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal: coin money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in

Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts or grant any Title of Nobility. (Esquire)

## PURE TRUSTS ARE LEGAL ENTITIES

"No state shall make any law impairing the obligation of contracts" Article 1, Section 10-3 Constitution of the United States of America.

1. The Business Trust Organization or "Pure Trust" is a contractual relationship, the parties thereto create their own Trust Organization.

2. It provides Trust Certificate Unites (TCU's) as evidence of limited rights. The holder of TCU's convey no legal title in the trust property, nor any voice in management and control thereof.

3. Business is accomplished by Trustees and Minutes instituted as occasions arise. The Trustees are managers, with no one exercising any control over them.

4. It is legal entity and an artificial individual with rights almost equal to a natural individual. The Pure Trust is Irrevocable and no one has any reversionary rights to its assets. It can own property and conduct business like any natural person.

5. A natural person may exchange assets, or any portion thereof, to it for Trust Certificate Units. This is a Tax Free exchange (Supreme Court ruled if property received in exchange has no fair market value, it does not represent taxable gain to the recipient. Burnett v. Logan. 283 US 404). There is no holding back of any right or interest. TCU's never change.

6. TCU's can be distributed among family members or others free of any gift tax. No vested interest is transferred, only the right to receive distributions as directed by the trustees.

7. The Trust pays no estate tax because there is no estate owned by any person at death. All assets are owned fee simple by the Trust. TCU's have no intrinsic value and cannot be taxed because they are not owned at death.

## OTHER CASE LAW SUPPORTING THE CREATION AND STRUCTURING OF TRUSTS

Cite 1 An equity Pure Trust is a lawful, irrevocable, separate legal entity. In the case of Baker vs. Stern, 58 A.L.R. 462, the Court said that, "IT IS ESTABLISHED BY LEGAL PRECEDENT THAT PURE TRUSTS ARE LAWFUL, AVALID BUSINESS ORGANIZATIONS." In the case of Burnett vs. Smith, S.W. 1007 (1922), the Court ruled that 'TRUST OR TRUST ESTATE IS A LEGAL ENTITY FOR MOST ALL PURPOSES AS ARE COMMON LAW TRUSTS." In Edwards vs. Commissioner, 415 F 2d 578, 582, 10th Cir. (1969) the Court said "DIGNITY OF CONTRACT CANNOT BE SET ASIDE BECAUSE A TAX BENEFIT RESULTS EITHER BY DESIGN OR ACCIDENT." In Weeks vs. Sibley, (D.C.) 269 F, 135, the Court said, "A PURE TRUST IS NOT ILLEGAL IF FORMED FOR THE EXPRESS PURPOSE OF AVOIDING TAXATION."

Cite 2 A Pure Trust is established by contract, and any law or procedure in its operation, denying contract or obstructing contract rights impairs contract obligation and is, therefore, violative of the United States Constitution. (Smith vs. Morse. 2 CA 524.)

Cite 3 The Trustee of a Trust have all the power necessary to carry out their obligations which they assume and their books and records are not subject to review or subpoena, and so held in Boyd vs. 116 U.S.,116 U.S. 618; and also in Silver Thorne Lumber Co. vs. U.S., 1251 U.S.385. (See Article IV of the Constitution.)

Cite 4  A Trust organization, consisting of a U.S. Constitutional right of contract which cannot be abridged, the agreement when executed becomes a Federal organization and not under the law passed by any of the several legislatures. (Crocker vs. MacCloy, 649 US Sup. Trust organization, consisting of a U.S. Constitutional right of contract which cannot be abridged, the agreement when executed becomes a Federal organization and not under the law passed by any of the several legislatures. (Crocker vs. MacCloy, 649 US Sup. 9 at 270.)

Cite 5 A Pure Trust  is not subject to legislative control. The United States Supreme Court holds that Trust relationship comes under the realm of equity, based upon the common law, and is not-subject to legislative restrictions as are corporations and the organizations by legislative authority. (Elliot vs. Freeman, 220 US 178.)

Cite 6 The creator of a Pure Trust may mold and give it any shape he chooses, and he or the Trustees, upon such terms as he may choose to impose. (Shaw vs. Paine, 12 Alien (Mass)293; also in Harwood vs. Tracy 118 MO 631, 24 SW 214.)

Cite 7 "WE FIND IT INTOLERABLE THAT ONE CONSTITUTIONAL RIGHT SHOULDHAVE TO BE SURRENDERED IN ORDER TO ASSERT ANOTHER."(Simon vs. US, 390,389,1968.)

Cite 8 "THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME." (Miller vs. US., 230 F 2D 486 AT 489).

Cite 9 In the case of Miranda vs. Arizona, 380 US 436 (1966) the Court said: "WHERE FUNDAMENTAL RIGHTS UNDER THE CONSTITUTION ARE INVOLVED, THERE CAN BE NO RULEMAKING OR LEGISLATION WHICH CAN ABROGATE THEM."

Cite 10 Chief Justice, Marshall said in the case of Marbury vs. Madison 5 US (1 Cranch), 137, 174, 176, (1830) that: "ALL LAWS WHICH ARE REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID." A Constitutionally valid Trust cannot be also "abusive," – nor can the Trust Creator or Trustees or Beneficiaries be penalized for doing what they have a Constitutional right to do.

Cite 11 "THERE CAN BE NO SANCTION OR PENALTY IMPOSED UPON ONE BECAUSE OF HIS EXERCISE OF CONSTITUTIONAL RIGHTS: Sherar vs. Cullen, 481 F 2d 946 (1973).

Cite 12 A Trust has a legal right to sue in its own name or be sued. In the case of Waterman vs. MacKenzie, 138 US 252 (1891), the Court ruled that the Trust had a right to sue in its own name. IN the case of U.S. vs. Carruthers 219 F 2d (1925), the Court ruled that the Business Trust has the right to own property and be sued.

Cite 13 "When any court violates the clear and unambiguous language of the Constitution, a fraud is perpetuated, and no one is bound to obey it. (State vs. Sutton, 63 Minn. 147: 65 NW 262: 30 ALR 630.)

Cite 14 "No particular form of words is essential to create a Trust, provided there be reasonable, certainty as to the property, the objects, and the beneficiaries." Chicago. M & St. PR. Co. vs. Des Moines Union R. Co. 254 U.S. 196 41 S. Ct. 81, 65 L. Ed. 219.

Cite 15 "When a Trust is established and acknowledged, it does not need to be constantly reiterated or confessed." Chicago, M & St. PR. Co. vs. Des Moines Union R. Co.,

Cite 16 U.S. adopted Common laws of England with the Constitution. Caldwell vs. Hills, 178 SE 383 (1934).

Cite 17 If it is free of control by Certificate holders, then it is a Pure Trust. Schuman-Heink vs. Folsom, 159 NE 250 (1927).

Cite 18 A Pure Trust is a contractual relationship in Trust form. Berry vs. McCourt. 204 NE 2d 235 (1965).

Cite 19 Trustees are legal owners of property in Trust (fiduciary). Johnson vs. Lewis. 6 F 27 (1881).

Cite 20 Fair Market Value is determined by property received by taxpayer and not

the F.M.V. of property transferred by taxpayer to the Trust. <u>Commissioner vs.</u>
<u>Marshman</u>, C.A. 6 279 F 2d 27 (1960).

Cite 21 Certificates are personal property and convey no interest in the Trust
Property. <u>Parker vs. Mona-Marie Trust</u>, 278 SE 321.

Cite 22 <u>Trustees of Pure Business Trusts</u> (not corporations) <u>are the owners of the</u>
<u>Trust property in a fiduciary relationship</u>. A relationship of partners does not exist
between Certificate Holders. <u>Johnson vs. Lewis</u>, 6 F 27 (1881).

Cite 23 An association does not include a Pure Trust and is not taxed as a corporation,
partnership, etc. <u>Pennsylvania Co. vs. U.S.</u>, (CA 3) 138 F 2d 869 (1943).

Cite 24 The basis for the terminology "Common Law Trust," in this connection, is
not that such organizations are the creatures of common law, as distinguished from
equity, but that they are created under the <u>common law of contracts</u> and do <u>not</u>
depend upon <u>any statute</u>. <u>Schumann-Heink vs. Folsom</u>, 159 NE 250.

Cite 25 If the organization is actually a Massachusetts Trust, or a Pure Trust, the
shareholders are not liable for its debts. Re: Conover 295 111. App 443. <u>Greco vs.</u>
<u>Hubbard</u>, 242 Mass 37.

Cite 26 The motive in forming a trust is generally not considered by Courts in
determining validity, and it has been held that a Pure Trust is not rendered illegal
because of the fact that it was formed for the express purpose of reducing or
avoiding taxation. <u>Weeks vs. Sibley</u> (DC), 269 F 155: <u>Phillips vs. Platcliford</u>, 127
Mass 510.

Cite 27 The Court said, "It is not an evasion of legal responsibility to take what
advantages may accrue from the choice of any particular form of organization

5.  Relators further inform the Court that the acts and
violations of Respondent were conscious, willful, deliberate and
knowingly performed against the relators.

6.  The Respondent Court knew the Constitution of the united
States laws were correct as sworn by the Oath or
Affirmation contract, then acted with the acts stated herein,
by the definition of Titles, Blacks law dictionary and the
united States Codes and the Laws of Contract.  The
Respondent should have practiced the law with the skill and
care and diligence in the examination by the case
incorporation, the Respondent should have discovered the
defect, but the Respondent, was guilty of such want of care,
skill and diligence in the examination of Relator's rights and
in advising Relators in the case incorporation.  Relators
were misled as no disclaimer of responsibility before the
Respondent court proceedings were by beginning and
Relators did not sign Constitutional rights away by the true
intent of the facts stated in this cause shown by Relators.

**Prayer**

7. Relators further inform the Court that, by reason of the omissions,

Respondent has grossly and willfully abused and misused his

corporate franchise granted by the State of Florida and that,

because of such abuse and misuse, the rights and privileges of

Respondent to and under the franchise and should be withdrawn and

Respondent ousted from the franchise the void judgment made

by Respondent should be voided by this court.

THEREFORE, Realtors' pray that due process of law may issue against Respondent and that, on

final hearing and determination of this cause, Respondent be ousted from its corporate franchise

granted by the State of Florida, and for such other and further relief that the court may deem

just.


September 2, 2010


By: Elizabeth Delgado


By: Jorge Luis Vaquez


By: Jacob-Franz:Dyck

Address:
JACOB - FRANZ DYCK
3876 SW 112 AV
# 137
Miami Fl 33165

21

Certified copy mail to:

Florida Default Law Group, Lp  9119 Corporate
Lake Drive, Suite 300 Tampa, Fl  33634-5018

Bank of America  P.O. Box 6500, Dallas Texas,
75265-9970

Tomas Kucera, Esq., River Walk Properties LLC.
3400 Coral Way, Suite 600, Miami, Fl  33145

Valerie Manno Schurr, Judge, Clerk of the
Circuit Court

73 West Flagler St. #1105, Miami, Florida
33131

Well Fargo Servicing  P.O. Box 50400, Billings
MT 59105-9957

Yadira Borges, Deputy Clerk 11th District  Court

73 West Flagler St., Miami, Florida  33131

Miami Dade Police , Court Services

140 West Flagler St. No. 800, Miami, Fl 33131

Atakan Camadan  18205 Biscayne Blvd, Suite
2205, Miami, Fl  33160

Beachfront Realty, 18205 Biscayne Blvd, Suite
2205, Miami, Fl  33160