UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CIV-23211-KING

ELIZABETH DELGADO, et al.

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et. al.

    Defendants.

_____/

## ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' AMENDED TEMPORARY RESTRAINING ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Amended Complaint, styled an Amended Temporary Restraining Order (DE #18), filed November 12, 2010. The matter is ripe for consideration upon Defendant Florida Default Group, P.L.'s Motion to Dismiss (DE #20), filed November 30, 2010.

By Order (DE #17) dated October 27, 2010, this Court dismissed Plaintiffs' original Complaint, having found that the Complaint failed to state a valid cause of action as to any of the Defendants. However, the Court gave Plaintiffs leave to amend their Complaint within twenty days of the date of the Order. Upon consideration of Plaintiffs' Amended Temporary Restraining Order, however, the Court concludes that the amended pleading suffers from the same deficiencies as Plaintiffs' original Complaint. Plaintiffs seek to indict the entire financial and housing system, yet fail to provide any facts upon which even an individual action could be founded. The Court therefore finds that Plaintiffs cannot state a claim even if amendment were permitted yet again.

Accordingly, the Court having read the parties' motions and legal authorities and being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Defendant Florida Default Group, P.L.'s Motion to Dismiss (DE #20) be, and the same hereby are, **GRANTED.**

2. The above-styled action is **DISMISSED with prejudice as to all Defendants.**

3. The Clerk shall **CLOSE** this case.

4. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23d day of December, 2010.

> *[signature]*
> HONORABLE JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE
> SOUTHERN DISTRICT OF FLORIDA

**Cc:**

**Plaintiff** *pro se*
**Elizabeth Delgado**
3876 SW 112th Avenue
Miami, FL 33165

**Plaintiff** *pro se*
**Jorge Luiz Vazquez**
3876 SW 112th Avenue
Miami, FL 33165

**Plaintiff** *pro se*
**Jacob Franz-Dyck**
3876 SW 112th Avenue
Miami, FL 33165

**Counsel for Defendant Bank of America**
**Eric Shaun Matthew**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email: eric.matthew@akerman.com

**Counsel for Defendant Valerie Manno Schurr**
**Charles M. Fahlbusch**
Attorney General Office
Department of Legal Affairs
110 SE 6th Street
9th & 10th Floor Republic Tower
Fort Lauderdale, FL 33301
954-712-4600
Fax: 712-4708
Email: chuck_fahlbusch@oag.state.fl.us

**Counsel for Defendant Florida Default Law Group**
**Suzanne Barto Hill**
Rumberger Kirk & Caldwell
300 S Orange Avenue
Suite 1400 PO Box 1873
Orlando, FL 32802-1873
407-872-7300
Fax: 841-2133
Email: shill@rumberger.com

**Counsel for Defendant Tomas Kucera**
**Arlenys Casanova**
Betancourt Meno & Associates
19 W Flagler Street
Suite 720
Miami, FL 33130
305-677-2148
Fax: 305-455-9686
Email: ac@cklawgroup.com

**Counsel for Defendant Camadan Atakan**
**Arlenys Casanova**
Betancourt Meno & Associates
19 W Flagler Street

Suite 720
Miami, FL 33130
305-677-2148
Fax: 305-455-9686
Email: ac@cklawgroup.com

**Counsel for Beachfront Realty, Inc.**
**Barry Marc Snyder**
16211 N.E. 12th Ave.
North Miami Beach, FL 33162
305-9199797
Fax: 3059486571
Email: attybms@aol.com

**Counsel for Defendant Yadira Borges**
**Melissa R. Alvarez**
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-5340
305-350-7204
Fax: 305-351-2292
Email: mralvarez@bilzin.com